[No. 24556-6-II. Division Two. November 9, 2000.]

DANA JAMES, ET AL., *Respondents*, v. FLOYD GEORGE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lewis County, No. 94-2-00660-4, H. John Hall, J., entered February 11, 1999. *Reversed* by unpublished opinion per Foscue, J. Pro Tem., concurred in by Seinfeld and Houghton, JJ.

[No. 23350-9-II. Division Two. November 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GARLAND KEITH BEARDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00292-5, Nile E. Aubrey and Bryan E. Chushcoff, JJ., entered May 1, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 23848-9-II. Division Two. November 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. NILES EDWARD SPONAUGLE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-01561-1, Paula Casey, J., entered December 23, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 24961-8-II. Division Two. November 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALONZIA WEEKS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00385-3, John F. Nichols, J., entered August 13, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan, J., and Penoyar, J. Pro Tem.